**2003–0458. State v. Wright.**

Hancock App. No. 5–01–10, 2001-Ohio-2255. On motion for leave to file delayed appeal. Motion denied.

LUNDBERG STRATTON, J., dissents.

**2003–0465. Toledo v. Buchanan.**

Lucas App. No. L–02–1010, 2003-Ohio-480. On motion for stay of imposition of sentence. Motion denied.

MOYER, C.J., and F.E. SWEENEY, J., dissent and would grant the motion with the same bond. COOK, J., would grant.

**2003–0477. State v. Gentry.**

Hamilton App. Nos. C–020026 and C–020027. On motion for leave to file delayed appeal. Motion denied.

PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2003–0482. State v. Stallworth.**

Stark App. No. 2001CA00372, 2002-Ohio-3482. On motion for leave to file delayed appeal. Motion denied.

**2003–0484. State v. Cuevas.**

Lorain App. No. 91CA005043. On motion for leave to file delayed appeal. Motion denied.

**2003–0516. State v. Meisenhelder.**

Licking App. No. 01CA00068, 2002-Ohio-1449. On motion for leave to file delayed appeal. Motion denied.

**2003–0524. Wiley v. Grange Mut. Cas. Co.**

Summit App. No. 21145, 2003-Ohio-539. On review of order certifying a conflict. The court determines that a conflict exists. Sua sponte, cause held for the decision in 2002–0579, *Burkhart v. CNA Ins. Co.,* Stark App. No. 2001CA00265, 2002-Ohio-903; briefing schedule stayed.

LUNDBERG STRATTON, J., dissents.

# APPEALS ACCEPTED FOR REVIEW

**2002–2214. Greene v. Westfield Ins. Co.**

Stark App. No. 2002CA00114. Discretionary appeal allowed; sua sponte, cause held for the decision in 2002–0579, *Burkhart v. CNA Ins. Co.,* Stark App. No. 2001CA00265, 2002-Ohio-903; briefing schedule stayed.

RESNICK and F.E. SWEENEY, JJ., dissent.

COOK, J., not participating.

**2002–2228. Nationwide Agribusiness Ins. Co. v. Wagner.**

Summit App. No. 21013, 2002-Ohio-6119. Discretionary appeal allowed; sua sponte, cause held for the decision in 2002–1126 and 2002–1433, *Allen v. Johnson,* Wayne App. Nos. 01CA0046 and 01CA0047, 2002-Ohio-3404; briefing schedule stayed.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

**2003–0022. Estate of Ridley v. Hamilton Cty. Bd. of Mental Retardation & Developmental Disabilities.**

Hamilton App. No. C–010791, 2002-Ohio-6344.

PFEIFER, COOK and LUNDBERG STRATTON, JJ., dissent.

**2003–0028. Katz v. Ohio Ins. Guar. Assn.**

Lucas App. No. L–02–1014, 2002-Ohio-6357.

F.E. SWEENEY and PFEIFER, JJ., dissent.

RESNICK, J., not participating.